Argued and submitted December 4, 2001, affirmed November 13, 2002

THOMAS CARDEAU DICKERSON,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12667; A111557

57 P3d 907

John E. Storkel argued the cause for appellant. With him on the brief was Storkel & Grefenson P.C.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).